FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 12   A 11: 53

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN RANDY SOLET** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 00-0385** |
| **SEA HORSE MARINE, INC.** | **SECTION: G(2)** |

## JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, John Randy Solet, who moves this Court to allow Paul N. Vance, Randy J. Ungar, George W. Byrne, Jr., David Gontar and Loretta G. Cieutat to withdraw as counsel of record for the plaintiff; and to allow C. Arlen Braud, II and Bart A. Broussard to enroll as counsel of record.

WHEREFORE, plaintiff, John Randy Solet, moves this Court for an Order withdrawing Paul N. Vance, Randy J. Ungar, George W. Byrne, Jr., David Gontar and Loretta G. Cieutat as counsel of record and enrolling C. Arlen Braud, II and Bart A. Broussard as counsel of record.

DATE OF ENTRY
APR 1 9 2000

BY ATTORNEY:

_____
C. ARLEN BRAUD, II, # 20719
BART A. BROUSSARD, #25590
C. Arlen Braud & Associates
607 East Boston Street
Covington, Louisiana 70433
(504)867-1102

And

_____
PAUL N. VANCE, #13007
RANDY J. UNGAR, #12387
GEORGE W. BYRNE, JR., #3744
DAVID GONTAR, #1380
LORETTA G. CIEUTAT, #16860
365 Canal Street, Suite 2520
New Orleans, LA 70130

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel in this proceeding by:

( ) Hand         ( ) Prepaid U.S. Mail
( ) Facsimile    ( ) Overnight-United Parcel Service

_4/11/00_____        _____
Date

F \CASES\ACTIVE\4791 Solet, R\pleadings\substitute mtn wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN RANDY SOLET | CIVIL ACTION |
| VERSUS | NUMBER: 00-0385 |
| SEA HORSE MARINE, INC. | SECTION: G(2) |

## O R D E R

Considering the foregoing Joint Motion to Substitute Counsel of Record Enroll as Counsel of Record,

IT IS ORDERED that C. Arlen Braud, II and Bart A. Broussard are hereby substituted as counsel of record for Plaintiff, John Randy Solet, in place of Paul N. Vance, Randy J. Ungar, George W. Byrne, Jr., David Gontar and Loretta G. Cieutat.

NEW ORLEANS, LOUISIANA, this 17th day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE