

MINUTE ENTRY
SEAR, J.
MAY 5, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN RANDY SOLET                                    CIVIL ACTION

VERSUS                                              NO. 00-385

SEA HORSE MARINE, INC.                              SECTION "G"

Service has not been made upon the following defendant(s):

**Sea Horse Marine, Inc.**

Fed. R. Civ. P. 4(m) provides:

If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the Court shall extend time for service for an appropriate period.

Accordingly, unless service is made on the named defendant within 20 days of this date or unless within that time you show good cause **in writing** for having failed to do so, plaintiff's claims against the named defendant will be dismissed without further notice.

DATE OF ENTRY
MAY 8 - 2000

_____
MOREY L. SEAR
UNITED STATES DISTRICT JUDGE