```
                                           FILED
                                     U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                     2000 MAY 11  P 12: 53

                                      LORETTA G. WHYTE
                                           CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN RANDY SOLET** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0385 "G" (2) |
| **SEA HORSE MARINE, INC.** | * | |
| | * | |

### MOTION TO INTERVENE

NOW INTO COURT, through undersigned counsel, comes Ungar, Byrne & Vance, a Professional Law Corporation, who respectfully moves this Honorable Court for leave to file the attached Petition of Intervention. Proposed intervenor has a fee interest in the subject of this action and disposition of this action will impede movant's ability to protect that interest.

All counsel of record herein have been notified of the filing of this motion and expressed no opposition thereto.

Respectfully submitted,

UNGAR, BYRNE & VANCE

_____
RANDY J. UNGAR #12387
GEORGE W. BYRNE, JR. #3744
PAUL N. VANCE #13007)
365 Canal Street, Suite 2520
New Orleans, Louisiana 70130
(504) 566-1616

DATE OF ENTRY

MAY 1 2 2000



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on all counsel of record by placing a copy of same in the U.S. Mail, postage prepaid, and properly addressed, this 9 day of May, 2000.

_____
PAUL N. VANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN RANDY SOLET** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0385 "G" (2)** |
| **SEA HORSE MARINE, INC.** | * | |
| | * | |

## 2.08 CERTIFICATE

The undersigned does hereby certify that he has, pursuant to Rule 2.08 of the Uniform Local Rules of this District obtained consent from opposing counsel to the filing of this Petition of Intervention.

New Orleans, Louisiana, this _____ day of May, 2000.

_____
PAUL N. VANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN RANDY SOLET** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0385 "G" (2)** |
| **SEA HORSE MARINE, INC.** | * | |
| | * | |

<u>O R D E R</u>

Considering the foregoing;

IT IS ORDERED that movant, UNGAR, BYRNE & VANCE, a Professional Law Corporation, be and hereby is granted leave to file the attached Petition of Intervention.

NEW ORLEANS, LOUISIANA, this 12th day of May, 2000.

_____
JUDGE