

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| JOHN RANDY SOLET | CIVIL ACTION |
|---|---|
| VERSUS | NUMBER: 00-0385 |
| SEA HORSE MARINE, INC. | SECTION: G(2)<br>JUDGE MOREY SEAR<br>MAGISTRATE JOSEPH WILKINSON |

## JOINT MOTION OF DISMISSAL

NOW INTO COURT, through undersigned counsel comes plaintiff, JOHN RANDY SOLET, defendant, SEA HORSE MARINE, INC. and intervenor, UNGAR, BYRNE & VANCE, who suggest that all matters of controversy between them have been compromised and settled in full and plaintiff's suit against defendant, as well as the intervention, should be dismissed with prejudice, each party to bear their respective costs.

BY ATTORNEY:

C. ARLEN BRAUD, II, # 20719
BART A. BROUSSARD, #25590
C. Arlen Braud & Associates
506 Water Street, Suite A
Madisonville, Louisiana 70447]
(504) 845-0372

DATE OF ENTRY
SEP 2 6 2000

_____
TERRENCE C. FORSTALL #5716
Courtenay, Forstall, Hunter & Fontana, L.L.P.
730 Camp Street
New Orleans, LA 70130-3702

and

_____
RANDY J. UNGAR #12387
Ungar, Byrne & Vance
365 Canal Street, Suite 2520
New Orleans, LA 70130
(504) 566-1616

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| JOHN RANDY SOLET | CIVIL ACTION |
|---|---|
| VERSUS | NUMBER: 00-0385 |
| SEA HORSE MARINE, INC. | SECTION: G(2)<br>JUDGE MOREY SEAR<br>MAGISTRATE JOSEPH WILKINSON |

## ORDER

IT IS ORDERED, that all claims of plaintiff, JOHN RANDY SOLET, against defendant, SEA HORSE MARINE, INC., as well as the intervention by UNGAR, BYRNE & VANCE, be and are hereby dismissed, with prejudice, each party to bear his\its own costs.

New Orleans, Louisiana, this ___ day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE